IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURENCE ELLIOT, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| US INSPECT GROUP, INC, | : | NO. 19-3319 |
| JB HALLER, | : | |
| TIM SHELTON | : | |

<u>ORDER</u>

AND NOW, this 3rd day of June, 2020, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that defendant US Inspect Group, Inc. pay to plaintiff Laurence Elliot $30,857 in attorney's fees and $503.33 in costs for a total of $31,360.33.

BY THE COURT:

/s/ Harvey Bartle III
                              J.